DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH FRANKLIN RUSSELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1299

_____

August 30, 2024

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Richard J. D'Amico, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SLEET, C.J., and CASANEUVA and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.